Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET      U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**    ◯YES   ⦿NO      **DOCKET NUMBER:**   3:22-cr-**247-RJC**

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**     **:US vs** KEVIN DAMON WILLIAMS

**COUNTY OF OFFENSE**    :   MECKLENBURG

**RELATED CASE INFORMATION**    :

*Magistrate Judge Case Number*    :

*Search Warrant Case Number*    :

*Miscellaneous Case Number*    :

*Rule 20b*    :

**SERVICE OF PROCESS**    :   ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯Petty    ◯Misdemeanor    ⦿Felony

18 U.S.C. § 922(g)

**JUVENILE:**    ◯ Yes    ⦿ No

**ASSISTANT U. S. ATTORNEY**    :   WILLIAM M. WISEMAN

**VICTIM/WITNESS COORDINATORS:**   n/a

**INTERPRETER NEEDED**    :   n/a

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)