FILED
CHARLOTTE, NC

OCT 5 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-247

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | VERDICT FORM |
| | ) | |
| KEVIN DAMON WILLIAMS | ) | |

1. As to Count One, charging the defendant with a violation of 18 U.S.C. § 922(g)(1), I find the defendant:

Guilty: ✓    Not Guilty: _____

Signed: _____
ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE

Dated: 10.5.23